# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 453 MAL 2022

       Respondent               :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

       v.                     :

MIGUEL A. FIGUEROA,               :

       Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 454 MAL 2022

       Respondent                :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

       v.                     :

MIGUEL A. FIGUEROA,               :

       Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.